No. 83–1183. NEW MOTOR VEHICLE BOARD OF CALIFORNIA *v.* CHEVROLET MOTOR DIVISION, GENERAL MOTORS CORP.; No. 83–1185. NORTHERN CALIFORNIA MOTOR CAR DEALERS ASSN., INC., ET AL. *v.* CHEVROLET MOTOR DIVISION, GENERAL MOTORS CORP.; and No. 83–1195. 49ER CHEVROLET ET AL. *v.* CHEVROLET MOTOR DIVISION, GENERAL MOTORS CORP. Ct. App. Cal., 1st App. Dist. Certiorari denied. Reported below: 146 Cal. App. 3d 533, 194 Cal. Rptr. 270.

No. 83–1192. THOMPSON *v.* JOHNS-MANVILLE SALES CORP. ET AL. C. A. 5th Cir. Certiorari denied. 

No. 83–1194. CULLEN *v.* CULLEN. Ct. App. Cal., 4th App. Dist. Certiorari denied. 

No. 83–1197. MASON ET AL. *v.* BURGER KING CORP. C. A. 11th Cir. Certiorari denied. 

No. 83–1207. RIFFE, ADMINISTRATRIX OF THE ESTATE OF RIFFE *v.* INTERNATIONAL HARVESTER CO. Ct. App. Ky. Certiorari denied.

No. 83–1211. TEAMSTERS LOCAL UNION NO. 36, BUILDING MATERIAL & DUMP TRUCK DRIVERS *v.* EDWARDS. C. A. 9th Cir. Certiorari denied. 

No. 83–1214. ALESSI ET AL. *v.* COMMITTEE ON PROFESSIONAL STANDARDS, THIRD JUDICIAL DEPARTMENT. Ct. App. N. Y. Certiorari denied. 

No. 83–1217. DI BUONO, ASSIGNMENT JUDGE, ET AL. *v.* FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS; and No. 83–1218. UNION COUNTY JAIL INMATES ET AL. *v.* FAUVER, COMMISSIONER, NEW JERSEY DEPARTMENT OF CORRECTIONS, ET AL. C. A. 3d Cir. Certiorari denied. Reported below: 713 F. 2d 984 and 718 F. 2d 1247.

No. 83–1223. WHIRLPOOL CORP. *v.* VANCE. C. A. 4th Cir. Certiorari denied.